IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-CV-61426-RKA

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

THE PRODUCE PATCH LLC,

    Defendant.

_____

## NOTICE OF SETTLEMENT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") hereby gives notice that the parties have reached a settlement that fully resolves this matter. The parties are in the process of finalizing a written settlement agreement that will call for the filing of a notice of dismissal with prejudice, and Plaintiff therefore requests that the Court administratively dismiss/close the case (staying any interim deadlines) for a period of twenty-one (21) days to allow them to finalize the agreement and perform the necessary obligations thereunder without incurring further fees/expenses in this matter.

Dated: August 30, 2022.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.